IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                                    NO. 4:03CR00050-01 GH

RONNIE SANES

**<u>ORDER</u>**

On August 8, 2005, defendant appeared with counsel before this court to show cause, if any, why his supervised release should not be revoked. After argument of counsel and a statement from the defendant, the court revokes supervised release. The defendant is sentenced to 10 months in the Bureau of Prisons with no supervised release to follow. During incarceration, the court recommends that the defendant receive mental health counseling and drug treatment.

As the $100 special assessment has not been paid, the court reimposes it to be paid during the defendant's incarceration. Payments will be 50 percent of the monthly funds available to the defendant during his incarceration.

IT IS SO ORDERED this 12th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE